### John David MITCHELL, Plaintiff–Appellant,

v.

**U.S. DEPARTMENT OF the AIR FORCE, Joint Base Elmendorf/Richardson, 732 Air Mobility Squadron, Defendant–Appellee.**

### No. 12–35322.

United States Court of Appeals, Ninth Circuit.

Sept. 11, 2013.

Nicholas Kittleson, Kittleson Law Office, Anchorage, AK, for Plaintiff–Appellant.

Marleigh Dover, Esquire, Assistant Director, Jeffrey Eric Sandberg, United States Department of Justice, Washington, DC, Gary Michael Guarino, Assistant U.S. Attorney, Susan Jane Lindquist, Esquire, Assistant U.S. Attorney, Office of the U.S.

Attorney, Anchorage, AK, for Defendant–Appellee.

Before: KOZINSKI, Chief Judge, BERZON, and IKUTA, Circuit Judges.

MEMORANDUM *

The record reveals sufficient evidence to support the district court's conclusion that an authorized employee or officer appointed Mitchell to his position and that he performed a federal function in the course of his employment with the government. *See* 5 U.S.C. § 2105(a). The form used to memorialize Mitchell's employment references his appointee status multiple times, and an authorized designee of the Secretary of the Air Force appointed Mitchell to his position. 5 U.S.C. § 2105(a)(1)(C)-(D); *see* 5 U.S.C. § 302(b)(1) ("[T]he head of an agency may delegate to subordinate officials the authority ... to take final action on matters pertaining to the employment, direction, and general administration of personnel under his agency."). This conforms with the statutory requirements for appointment. 5 U.S.C. § 2105(a)(1)(C)-(D). Finally, his work as an Air Force employee handling cargo at a military base is a federal function under 5 U.S.C. § 2105(a)(2).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided